IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cause No. CR 08-05-BLG-JDS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER VACATING CONVICTION |
| | ) | |
| RALPH TURNSPLENTY, | ) | |
| | ) | |
| Defendant. | ) | |

_____

Per the Ninth Circuit Court of Appeal's direction and in light of the Supreme

Court's decision in *Reynolds v. United States*, 132 S.Ct. 975 (2012), IT IS HEREBY

ORDERED that Defendant Turnsplenty's Indictment (*Doc. #2*) is **DISMISSED** and

the Judgment entered on February 13, 2009 (*Doc. # 52*) is **VACATED**.  Mr.

Turnsplenty is discharged from supervision and fully released from all custody and

any and all consequences of custody and conviction.

DATED this 26th day of April, 2012.


    /s/Jack D. Shanstrom
JACK D. SHANSTROM
Senior U.S. District Court Judge